JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW FERRER, on behalf of himself and all other similarly-situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CAPAY INCORPORATED (dba FARM FRESH), a California corporation, and THE WOLF LOGISTICS LLC, and DOES 1 through 10 inclusive,<br><br>Defendant. | CIVIL ACTION NO. 2:20-CV-9361<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS**<br><br>Complaint Filed: 10/12/20<br>Trial Date: Not set |

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS

Pursuant to the parties' jointly filed stipulation to dismiss *Matthew Ferrer v. Capay et al.*, 2:20-CV-09361, without prejudice, and good cause being shown thereby,

IT IS HEREBY ORDERED THAT**:**

1. PLAINTIFF shall dismiss *Matthew Ferrer v. Capay et al.*, 2:20-CV-09361, without prejudice.
2. PLAINTIFF shall either:
   a. Refile his claims, on behalf of himself and those similarly situated, in the Superior Court for the State of California in and for the County of Los Angeles within thirty (30) days of dismissing *Matthew Ferrer v. Capay et al.*, 2:20-CV-09361, without prejudice, and then move or stipulate to consolidate that new case with *Gilbert Rodriguez v. Capay et al.*, Case No. 20STCV25906 (DEFENDANTS shall stipulate or not oppose such motion); or
   b. Through cooperation with the plaintiff in *Gilbert Rodriguez v. Capay et al.*, Los Angeles County Case No. 20STCV25906, file a stipulation seeking leave to amend the complaint in that case to include PLAINTIFF's claims (DEFENDANTS shall stipulate) within thirty (30) days of dismissing *Matthew Ferrer v. Capay et al.*, 2:20-CV-09361, without prejudice and then file an amended complaint within ten (10) days of the court granting leave.
3. PLAINTIFF's claims under California law have been tolled pending this case and will be tolled for up to thirty (30) days until PLAINTIFF files his state action or until ten (10) days after the court in *Gilbert Rodriguez v. Capay et al.*, Los Angeles County Case No. 20STCV25906 grants leave to amend the complaint in that case to add PLAINTIFF's claims.

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS

1

4. The parties shall cooperate and use their best efforts to ensure that PLAINTIFF's claims are added to or consolidated with the claims in *Gilbert Rodriguez v. Capay et al.*, Los Angeles County Case No. 20STCV25906 in a reasonably prompt manner.

5. DEFENDANT CAPAY shall not seek to remove the new California Action to Federal Court as it will contain only claims under California Law.

6. DEFENDANT WOLF shall not seek to remove the new California Action to Federal Court as it will contain only claims under California Law.

**IT IS SO ORDERED**

DATED:  June 10, 2021                    _____

                                          Hon. Judge Stephen V. Wilson
                                          United States District Judge